KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00350 WHA |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 14, 2005 |
| v. ) | TO JULY 12, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION |
| RATOMIR VUKASINOVIC, ) | (18 U.S.C. § 3161(h)(8)(A)) |
|     Defendant. ) | |

    The parties appeared before the Court on June 14, 2005.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status/trial setting hearing date of July 12, 2005, at 2:00 p.m., before the Honorable William H. Alsup, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 14, 2005 to July 12, 2005.  The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the unavailability of the defendant, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00350 WHA

1      2. Given these circumstances, the Court found that the ends of justice served by excluding

2  the period from June 14, 2005 to July 12, 2005, outweigh the best interest of the public and the

3  defendant in a speedy trial. Id. § 3161(h)(8)(A).

4      3. Accordingly, and with the consent of the defendant, the Court ordered that the period from

5  June 14, 2005 to July 12, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C.

6  § 3161(h)(8)(A) & (B)(iv).

7      4. The Court scheduled a status/trial setting hearing date of July 12, 2005, at 2:00 p.m.,

8  before the Honorable William H. Alsup.

9      IT IS SO STIPULATED.

11  DATED: _____               /S/
12                                                                     CHRISTINE S. WATSON
                                                                  Special Assistant United States Attorney

14  DATED: _____               /S/
15                                                                      DANIEL P. BLANK
                                                                 Attorney for Ratomir Vukasinovic

16      IT IS SO ORDERED.

17
18  DATED: __July 13, 2005__                                     _____
                                                                  HON. WILLIAM H. ALSUP
                                                                 United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 14, 2005 TO JULY 12, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**Daniel Blank
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 12, 2005

Ponly J. Tu
Legal Assistant (Immigration)
United States Attorney's Office