IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RATOMIR VUKASINOVIC,<br><br>Defendant.<br>_____ / | No. CR 05-0350 WHA<br><br>**ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter came on the calendar of the Honorable William Alsup on August 2, 2005, for scheduling of motions and a trial date. The Court continued the case on its calendar until **OCTOBER 4, 2005, AT 2:00 P.M.**

The parties requested an exclusion of time under the Speedy Trial Act from August 2, 2005, through August 30, 2005, based upon the need for effective preparation of counsel and continuity of counsel. The government has provided initial discovery to the defense and will shortly provide the remaining discovery material. The defendant's counsel, Assistant Public Defender Daniel P. Blank, needs time to review this discovery and to prepare appropriate motions. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from August 2, 2005, through August 30, 2005, should be excluded in computing the time within which trial shall commence. *See* 18 U.S.C. 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court hereby **ORDERS** that the time from August 2, 2005, through August 30, 2005, is excluded under the Speedy Trial Act, 18 U.S.C. 3161. The Court finds that

1 the failure to grant the requested exclusion would deny the defendant continuity of counsel and
2 reasonable time necessary for effective preparation, taking into account the exercise of due
3 diligence.  *See* 18 U.S.C. 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by
4 granting the requested exclusion outweigh the best interest of the public and the defendant in a
5 speedy trial and in the prompt disposition of criminal cases.  *See* 18 U.S.C. 3161(h)(8)(A).  The
6 Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
7 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated:  August 17, 2005.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____s/_____
DANIEL P. BLANK
Assistant Public Defender


_____s/_____
DENIS M. NERNEY
Assistant U. S. Attorney

**United States District Court**
For the Northern District of California