UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR-05-350 WHA (EDL) |
| Plaintiff, ) | |
| v. ) | **ORDER VACATING SEPTEMBER 13, 2005 HEARING** |
| RATOMIR VUKASINOVIC, ) | |
| Defendant. ) | |

In light of the evidentiary hearings already held in this matter, the further detention hearing previously set for September 13, 2005 is unnecessary and is taken off calendar. The matter will be decided on the record, including the post-hearing filings by the parties.

**IT IS SO ORDERED.**

DATED: September 8, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

1