IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RATOMIR VUKASINOVIC,<br><br>               Defendant. | No. CR 05-0350 WHA<br><br>[~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE ON MOTION TO DISMISS |

FOR GOOD CAUSE SHOWN, the Court hereby orders that the briefing schedule and hearing on defendant's motion to dismiss is amended as follows: defendant's opening brief shall be filed by September 20, 2005; the government's opposition shall be filed by October 4, 2005; defendant's optional reply brief shall be filed by October 11, 2005; and the matter shall be heard on October 18, 2005.

IT IS SO ORDERED.

 September 14, 2005
_____                                 _____
Dated                                                                                 WILLIAM ~~H.~~ ALSUP
                                                                                     United States District Judge