1 | BARRY J. PORTMAN
Federal Public Defender
2 | DANIEL P. BLANK
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

E-Filing

5 | Counsel for Defendant VUKASINOVIC

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    )        No. CR 05-00350 WHA
                                                 )
12 |                        Plaintiff,            )
                                                 )        [PROPOSED] ORDER APPROVING
13 |           v.                                 )        WAIVER OF JURY TRIAL
                                                 )        PURSUANT TO RULE 23(a)
14 | RATOMIR VUKASINOVIC,                         )
                                                 )
15 |                        Defendant.            )
    _____)

16

17

18

19

20

21

22

23

24

25

26

1      With the consent of the government, pursuant to Federal Rule of Criminal Procedure 23(a),

2 Defendant Ratomir Vukasinovic respectfully requests approval of the Court to waive his right to a

3 jury trial in favor of a bench trial.

4

5 DATED:

6 / 17  06            RATOMIR VUKASINOVIC

7 DATED: 1/17/06

           DANIEL P. BLANK

8            Assistant Federal Public Defender

           Attorney for Ratomir Vukasinovic

9 IT IS SO ORDERED.

10 DATED: 1-17-06

11            WILLIAM H. ALSUP

           United States District Judge

12 Approved as to form:

13

14

    AUSA JOSEPH FAZIOLI

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER APPROVING WAIVER
OF JURY TRIAL PURSUANT TO RULE 23(a)