1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7129
7      FAX: (415) 436-7234
       E-mail: joseph.fazioli@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                             SAN FRANCISCO DIVISION
13

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05-0350 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER REQUIRING PRE-TRIAL SERVICES' DISCLOSURE |
| v. ) |  |
| RATOMIR VUKASINOVIC, ) |  |
| Defendant. ) |  |

20       This matter is currently set for an evidentiary hearing on May 9, 2006 before the
21  Court on defendant's allegedly false statements to United States Pre-Trial Services
22  (hereinafter "Pre-Trial Services").  Defendant's allegedly false statements to Pre-Trial
23  Services are an issue in defendant's sentencing in terms of whether he should receive an
24  sentencing enhancement for obstruction of justice.
25       In light of the above, the parties request, and the Court finds and holds, as follows:
26  1.   Pre-Trial Services shall provide to the government and the defense forthwith all
27       reports and notes in its possession that reference defendant's statements to Pre-
28       Trial Services.

[PROPOSED] STIPULATION AND ORDER
CR 05-0350 WHA

2. Pre-Trial Services shall make any Pre-Trial Services Officers who previously interviewed the defendant available to testify at the May 9, 2006 hearing regarding the subject of defendant's statements to Pre-Trial Services.

STIPULATED:

DATED:   4/28/06              /s/
                              DANIEL BLANK
                              Attorney for Defendant Vukasinovic

DATED:   4/28/06              /s/
                              JOSEPH A. FAZIOLI
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/1/06

_____
Judge William Alsup
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] STIPULATION AND ORDER
CR 05-0350 WHA