IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00350 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S REQUEST FOR TRANSCRIPT** |
| RATOMIR VUKASINOVIC, | |
| Defendant. / | |

The Court is in receipt of defendant's handwritten request for transcripts of hearings held before Magistrate Judge Laporte (Doc. 99). Defendant's request, however, should have been directed at defendant's counsel.

Defendant's counsel is ordered to respond to defendant's request for transcripts by **OCTOBER 17, 2006.** Counsel should file a notice with the Court when he has so responded.

**IT IS SO ORDERED.**

Dated: October 11, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE